Magistrate Judge Weinberg

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 13 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

M 02-648 #1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL NNABUE and<br>XAVIER CHARLES ALEXANDER,<br><br>Defendants. | MAGISTRATE'S DOCKET NO. 02-648M<br><br>COMPLAINT FOR VIOLATIONS<br><br>TITLE 18, UNITED STATES CODE, SECTIONS 371, 1028(a)(6), 1029(a)(2) AND (b)(1) |

BEFORE   Hon. John L. Weinberg, United States Magistrate Judge, Seattle, Washington

Count 1
(Conspiracy to Possess False Identification Documents and to Use Unauthorized Credit Card Access Devices)

Beginning on or about a date unknown, but not later than December 12, 2002, at Lynnwood, WA, within the Western District of Washington, ABEL NNABUE and XAVIER CHARLES ALEXANDER, and others unknown, did knowingly and willfully combine, conspire, and agree to commit an offense against the United States, to wit: fraudulently possessing false identification documents and using unauthorized credit card access devices, in violation of Title 18, United States Code, Sections 1028(a)(3) and 1029(a)(2).

Object of the Conspiracy

It was part of the conspiracy that ABEL NNABUE and XAVIER CHARLES ALEXANDER agreed to knowingly and with the intent to defraud, obtain and use

counterfeit Texas State driver's licenses in various names, and unauthorized credit card access devices in those same names, in and affecting interstate commerce, and by such conduct to obtain money, goods, and services of a value in excess of $1,000 during a one-year period.

<u>Overt Acts</u>

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, that ABEL NNABUE and XAVIER CHARLES ALEXANDER committed or caused to be committed one or more of the following overt acts:

1. On dates unknown, but not later than on or about December 12, 2002, ABEL NNABUE and XAVIER CHARLES ALEXANDER obtained five or more false Texas State Driver's Licenses in various names, all bearing the photographs of either NNABUE or ALEXANDER.

2. On dates unknown, but not later than on or about December 12, 2002, ABEL NNABUE and XAVIER CHARLES ALEXANDER obtained unauthorized credit card access devices in the same names as the false Texas State Driver's Licenses.

3 On or about December 12, 2002, ABEL NNABUE and XAVIER CHARLES ALEXANDER drove together to the Washington Mutual Bank branch at 4615 196th Ave. SW, Suite 105, Lynnwood, WA.

4. On or about December 12, 2002, XAVIER CHARLES ALEXANDER entered the Bank and attempted to obtain a $5,000.00 cash advance from by using a Discover credit card, account 6011 3002 4010 1079, in the name of Robert Charles Palmer, while ABEL NNABUE waited in the car.

5. On or about December 12, 2002, after XAVIER CHARLES ALEXANDER was refused the $5,000 cash advance by Washington Mutual Bank, ALEXANDER returned to the car driven by ABEL NNABUE, and ALEXANDER and NNABUE fled the Bank with Lynnwood Police in pursuit.

All in violation of United States Code, Section 371.

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## Count 2
### (Attempted Use of Unauthorized Credit Card Access Device)

On or about December 12, 2002, at Lynnwood, within the Western District of Washington, the defendant, ABEL NNABUE and XAVIER CHARLES ALEXANDER, knowingly and with the intent to defraud attempted to use an unauthorized access device, to wit, a Discover credit card in the name of Robert Palmer, account number 6011 3002 4010 1079, in and affecting interstate commerce, and by such conduct attempted to obtain money, goods, and services, in an amount exceeding $1000 within a one year period.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(b)(1).

The undersigned complainant being duly sworn states:

1. I, R. Kipland Monroe, am a Special Agent with the United States Secret Service. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the Special Agent Training Course for the United States Secret Service in Beltsville, Maryland. I have been employed by this Service since July 2001 and am currently assigned to the Seattle Field Office. Additionally, prior to my employment with this Service, I was an officer with the United States Army for eight years. One of my responsibilities as a Special Agent with the United States Secret Service is to investigate credit card fraud. I am familiar with schemes commonly employed by persons who commit these types of violations. From training and experience, I know that these types of crimes are on going in nature, and the perpetrators will engage in this activity on a continuing basis.

2. On December 12, 2002, I received a telephone call from Detective Doug Teachworth of the Lynnwood Police Department advising his agency arrested ABEL NNABUE and XAVIER CHARLES ALEXANDER after ALEXANDER attempted to obtain a $5,000.00 cash advance from the Washington Mutual Bank Branch at 4615 196th Ave. SW, Suite 105, Lynnwood, WA by using a Discover credit card in the name of Robert Palmer, account number 6011 3002 4010 1079.

3. On December 12, 2002, I met with Detective Wes Burns of the Lynnwood Police Department who related that his agency had been alerted by employees of the Washington Mutual Bank branch located at 4615 196th Ave. SW, Suite 105, Lynnwood, WA, of a potential fraud involving a subject later identified as ALEXANDER. When officers responded to the bank, the subject fled the scene in a vehicle driven by NNABUE, a pursuit ensued and ALEXANDER and NNABUE were taken into custody. During the vehicle pursuit two wallets were thrown from the car and recovered by Lynnwood Police Department Officers. One of the wallets contained counterfeit Texas State driver's licenses in the names of Roger Rickey Reynolds, James Alex Weaver, Robert Charles Palmer, and Thomas Michael Crowley. All of these driver's licenses bore ALEXANDER'S picture. Furthermore, the wallet contained credit cards in the names of Reynolds, Weaver, Palmer, and Crowley. The other wallet contained counterfeit Texas State driver's licenses in the names of Earnest George Bodenmiller and Glen Will Huckabay that bore the picture of NNABUE. Likewise, this wallet contained credit cards in the names of Bodenmiller and Huckabay.

4. On December 12, 2002, Special Agent Daniel Ciatti and I interviewed XAVIER CHARLES ALEXANDER at the Lynnwood Police Department. Before the interview, ALEXANDER received and waived his <u>Miranda</u> rights. ALEXANDER admitted to attempting to obtain a $5000.00 cash advance using the Discover credit card in the name of Robert Palmer. ALEXANDER further admitted to possessing the counterfeit Texas state driver's license in the name of Robert Palmer for the purpose of using the Discover credit card issued in that name. ALEXANDER stated that he and NNABUE obtained the counterfeit Texas driver's licenses and the unauthorized credit card access devices from a person in Texas for the purpose of obtaining merchandise and cash advances.

5. On December 12, Special Agent Daniel Ciatti and I interviewed also ABEL NNABUE at the Lynnwood Police Department. Before the interview, NNABUE

1 | received and waived his <u>Miranda</u> rights. NNABUE admitted to possessing the counterfeit
2 | Texas driver's licenses and stolen Discover credit cards.

    6.    On December 12, 2002, I learned that ALEXANDER'S true identity was in question. When arrested by the Lynnwood Police Department, he identified himself as XAVIER CHARLES ALEXANDER, and told officers that the Oklahoma driver's license in his possession that bore that name was in fact his true identity. However, I subsequently learned from an officer at the Lynnwood Police Department that Lynnwood Police had queried the Automated Fingerprint Identification System ("AFIS") and determined that the fingerprints of ALEXANDER matched those of a "Tobechi E. Onwuhura." When I questioned ALEXANDER about this, he replied that "Tobechi E. Onwuhura" was his cousin's name, but he had used it in the past.

    7.    On December 12, 2002 Special Agent Erik Sulonen contacted Ginger Merriman, Team Leader, Discover Card Fraud/Security Department. Merriman related that the Discover account in the name of Robert Palmer was valid. Merriman further related that the address on the account had recently been changed to 7699 W. Spectrum St, Boise, ID 83709, and that emergency replacement cards had been mailed on November 29, 2002.

    8.    Based on the foregoing facts, I believe there is probable cause to believe that ABEL NNABUE and XAVIER CHARLES ALEXANDER conspired to possess and

//
//
//
//
//
//
//
//

use, and did possess and attempt to use, fraudulent identification documents and unauthorized access devices.

R. KIPLAND MONROE, Complainant
Special Agent U.S. Secret Service

Sworn and Subscribed in my presence this 13 day of December, 2002.

JOHN L. WEINBERG
United States Magistrate Judge

COMPLAINT/NNABUE AND ALEXANDER — 6