# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.

ABEL NNABUE

**WARRANT FOR ARREST**

CASE NUMBER: 02-648M-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ABEL NNABUE

and bring him forthwith to the nearest magistrate to answer a Complaint

charging him with (brief description of offense)

**Conspiracy to Possess Five or More False Identification Documents and Unauthorized Credit Card Access Devices, and Attempted Use of an Unauthorized Credit Card Access Device, in violation of Title 18, United States Code, Sections 371, 1029(a)(2), and 1029(b)(1).**

| JOHN L. WEINBERG | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Weinberg | 12/13/02, at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant
at LYNNWOOD, WA

M 02-00648  #00000003

| DATE RECEIVED 12/13/02 | NAME OF ARRESTING OFFICER | USA SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/14/02 | ERIK D. SULONEN | /s/ |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**