Magistrate Judge Weinberg

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

DEC 1 6 2002

AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABEL NNABUE, a/k/a Earnest George ) <br> Bodenmiller, and Glen Will Huckabay, ) <br> ) <br> Defendant. ) | NO. 02-648M-1 <br><br> MOTION FOR DETENTION ORDER <br><br> M 02-00648 #00000007 |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156).

    ___ Maximum sentence of life imprisonment or death

    ___ 10 + year drug offense

    ___ Felony, with two prior convictions in the above categories

    _X_ Serious risk the defendant will flee

    ___ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

MOTION FOR DETENTION ORDER / — 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1      3.    <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

    ___    Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

    ___    Previous conviction for "eligible" offense committed while on pretrial bond

    4.    <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

    _X_    At the initial appearance

    ___    After continuance of _ days (not more than 3)

    5.    <u>Other matters</u>.

DATED this 16th day of December, 2002.

                      Respectfully submitted,

                      JOHN McKAY
                      United States Attorney

                      *[signature]*

                      LAWRENCE LINCOLN
                      Assistant United States Attorney

MOTION FOR DETENTION
ORDER/— 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970